AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Gary Parker, <br> *Plaintiff* <br> v. <br> Breck's Ridge, LLC, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:17-CV-633 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Order filed 2/28/2020 the Court GRANTS (ECF No. 83) the Parties' Motion for Approval of Settlement and Order of Dismissal with Prejudice. This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 02/28/2020

*Signature of Clerk or Deputy Clerk*